UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| CARLA LOUISE KEMRY, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>DONALD L. WELLS, et al., )<br>)<br>Defendant(s). ) | Case No. 2:09CV00046 ERW |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff's Motion to Remand [doc. #7] filed by Plaintiff on September 16, 2009, and the Stipulation to Remand [doc. #9] filed by consent of all parties on this date. On September 3, 2009, Defendant removed this case from the Circuit Court of Montgomery County, Missouri, alleging that the amount in controversy exceeded $75,000.00. Plaintiff contends that she is not seeking damages equal to or in excess of $75,000.00 and the parties stipulate that this Court lacks jurisdiction over this matter based on the amount of damages sought and both parties consent to remand.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand [doc. #7] is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall remand this action to the Circuit Court of Montgomery County, Missouri, from which it was removed.

Dated this 25th Day of September, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE